```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 14642
   GEORGE RALPH PORTER
   BEVERLY ANN STOKES PORTER                    CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3100     SSN XXX-XX-8464


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/06/2008 and was not confirmed.

     The case was dismissed without confirmation 09/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------

AMERICAN GENERAL FINANCE  SECURED               500.00         .00            .00
AMERICAN GENERAL FINANCE  UNSECURED          NOT FILED         .00            .00
CAPITAL ONE AUTO FINANCE  SECURED VEHIC           .00          .00            .00
CAPITAL ONE AUTO FINANCE  UNSECURED          NOT FILED         .00            .00
CITIZENS BANK             SECURED VEHIC           .00          .00            .00
CITIZENS BANK             UNSECURED          NOT FILED         .00            .00
HOME LOAN SERVICES INC    CURRENT MORTG           .00          .00            .00
ANGELA SMITH PORTER       NOTICE ONLY        NOT FILED         .00            .00
INTERNAL REVENUE SERVICE  PRIORITY             6951.96         .00            .00
CINGULAR                  UNSECURED          NOT FILED         .00            .00
AT&T                      UNSECURED            1340.30         .00            .00
ASSET ACCEPTANCE INC      NOTICE ONLY        NOT FILED         .00            .00
ROUNDUP FUNDING LLC       UNSECURED             735.84         .00            .00
CITIFINANCIAL             UNSECURED          NOT FILED         .00            .00
US CELLULAR CHICAGO       UNSECURED          NOT FILED         .00            .00
COMMONWEALTH EDISON       UNSECURED             433.57         .00            .00
COMMONWEALTH EDISON       NOTICE ONLY        NOT FILED         .00            .00
CREDIT COLLECTION SERVIC  UNSECURED          NOT FILED         .00            .00
DELL FINANCIAL SERVICES   UNSECURED            2118.15         .00            .00
HORIZON EMERGENCY PHYSIC  UNSECURED          NOT FILED         .00            .00
LORETTO HOSPITAL          UNSECURED          NOT FILED         .00            .00
DIRECT MERCHANTS BANK     UNSECURED          NOT FILED         .00            .00
ENCORE RECEIVABLE MANAGE  UNSECURED          NOT FILED         .00            .00
FCNB MSTR TR              UNSECURED          NOT FILED         .00            .00
GEMB SAMS                 UNSECURED          NOT FILED         .00            .00
HOME DEPOT CREDIT SERV    UNSECURED          NOT FILED         .00            .00
CITIBANK USA NA           UNSECURED            1102.06         .00            .00
HSBC BANK NEVADA/HSBC CA  UNSECURED            8737.10         .00            .00
HSBC                      UNSECURED          NOT FILED         .00            .00
HSBC BANK NEVADA/HSBC CA  UNSECURED            1408.66         .00            .00
IQ TELECOM                UNSECURED          NOT FILED         .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED          NOT FILED         .00            .00
JENA MAE                  UNSECURED            4444.00         .00            .00
SPIRIT OF AMERICA/LANE B  UNSECURED             825.33         .00            .00
LORETTO HOSPITAL          UNSECURED          NOT FILED         .00            .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 14642 GEORGE RALPH PORTER & BEVERLY ANN STOKES PORTER

```
LORETTO HOSPITAL           UNSECURED         NOT FILED             .00          .00
MACY'S                     UNSECURED         NOT FILED             .00          .00
MACYS                      NOTICE ONLY       NOT FILED             .00          .00
MASON DIRECT               UNSECURED         NOT FILED             .00          .00
MEDICAL BUSINESS BUREAU    UNSECURED         NOT FILED             .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           1352.59             .00          .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY       NOT FILED             .00          .00
AT&T                       UNSECURED         NOT FILED             .00          .00
DISTANCE LEARNING SYSTEM   UNSECURED         NOT FILED             .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED           1457.53             .00          .00
PEOPLES ENERGY             NOTICE ONLY       NOT FILED             .00          .00
SWISS COLONY               UNSECURED         NOT FILED             .00          .00
SEVENTH AVENUE             NOTICE ONLY       NOT FILED             .00          .00
SOCIAL SECURITY ADMIN      UNSECURED         NOT FILED             .00          .00
SOCIAL SECURITY ADMIN      NOTICE ONLY       NOT FILED             .00          .00
THD/CBUSA                  UNSECURED         NOT FILED             .00          .00
WEST SIDE EMERGENCY PHYS   UNSECURED         NOT FILED             .00          .00
WASHINTON MUTUAL BANK      UNSECURED         NOT FILED             .00          .00
WFNNB/NYCO                 UNSECURED         NOT FILED             .00          .00
WORLD FINANCIAL NETWORK    UNSECURED           1225.20             .00          .00
WORLD FINANCIAL NET NATL   NOTICE ONLY       NOT FILED             .00          .00
INTERNAL REVENUE SERVICE   UNSECURED            855.10             .00          .00
HOME LOAN SERVICES INC     SECURED NOT I      7509.16             .00          .00
LASALLE BANK               COST OF COLLE       250.00             .00          .00
SEVENTH AVENUE             UNSECURED           494.50             .00          .00
LEDFORD & WU               DEBTOR ATTY       1,473.00                          .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                               .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                        .00                     .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 12/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```